## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.   6:04-CV-0153 (LEK/GJD)

ROBERT A. BAKER,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant,

_____  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   XX      DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated August 30, 2005, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York,  dated September 28, 2005.


DATE:   September 28, 2005

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**